1 **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
3 Los Angeles, CA 90004
Telephone: (213) 252-8008
4 Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

5 Attorneys for Plaintiff, MICHAEL RHAMBO

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>Plaintiff,<br><br>vs.<br><br>KEUN CHUNG D/B/A SUPER WASH; ALDORIA C. WILLIAMS; THE REO GROUP, INC.; PERRY COOPER; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:20-cv-10960-SB (PVCx)**<br>**Assigned to Stanley Blumenfeld, Jr.**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MICHAEL RHAMBO ("Plaintiff") and Defendants KEUN CHUNG D/B/A SUPER WASH, THE REO GROUP, INC. and PERRY COOPER (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

DATED: September 21, 2021      SO. CAL. EQUAL ACCESS GROUP

By: */s/      Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

Dated: September 21, 2021      Halavais & Associates, APC

*/s/ Coby Halavais*
Coby Halavais, Esq.
Attorneys for all Defendants
KEUN CHUNG D/B/A SUPER WASH, THE REO GROUP, INC. and PERRY COOPER

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 21, 2021      By: */s/ Jason J. Kim*
Jason J. Kim